Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re: **Leodegario L. Albarran**  Case No. **05-01737 jdg**

**6784**  Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property                Creditor's Name

   **None**

   b. *Property To Be Retained.*          *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| 1. **1999 Dodge Durango (joint - mother's vehicle)** **Mother will retain and keep paid.** | **Ford Motor Credit Co.** | | | X | |

Date:  **3/11/2005**          **s/ Leodegario L. Albarran**
                              Signature of Debtor